STARR et al. v. SELLECK et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Louis M. Starr and others, as executors, against Harriet E. Selleck and others. No opinion. Motion granted. Questions to be certified on settlement of order. Settle order on notice. See, also, 130 N. Y. Supp. 693.

STATE BANK OF MAYVILLE, Respondent, v. HOWARD, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by the State Bank of Mayville against Edward T. Howard, impleaded with another.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, that the judge, upon the record, struck out all the evidence of the witnesses, which was error. Some of the evidence given by Jennings was clearly competent, and should have been allowed to stand.

STAVSKY, Respondent, v. FREEDMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Aaron Stavsky against Morris J. Freedman and another. H. Blank, for appellants. M. Brown, for respondent. No opinion. Order affirmed, without costs. Order filed.

STEARNS, Appellant, v. TITUS, Respondent, et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by George A. Stearns against George F. Titus, impleaded with others. G. A. Stearns, for appellant. C. L. Barber, for respondent. No opinion. Order affirmed, with costs. Order filed. See, also, 119 App. Div. 885, 104 N. Y. Supp. 1148; 120 App. Div. 878, 105 N. Y. Supp. 1144.

STEIN v. HIRSCHHORN. (Supreme Court, Appellate Term. November 10, 1911.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Isaac Stein against Bernard Hirschhorn. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered. I. Gainsburg, for appellant. Maurice Neckritz, for respondent.

PER CURIAM. The record in this case discloses that the lower court has misconceived the issue presented and that there is no legal basis for the judgment rendered. Under the facts proved, if the plaintiff was entitled to anything, it would seem that he was entitled to the full amount claimed. A review of the record convinces us that substantial justice to both parties requires a new trial. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

STEINHARDT, Appellant, v. DE LACEY, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Annie Steinhardt, as executrix, etc., against Peter De Lacey. J. P. Berg, for appel-

lant. H. M. Gescheidt, for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed. See, also, 130 N. Y. Supp. 1131.

STEINWENDER et al., Respondents, v. PHILADELPHIA CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Julius Steinwender and others against the Philadelphia Casualty Company. J. H. Benton, for appellant. J. E. Roeser, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 141 App. Div. 432, 126 N. Y. Supp. 271.

STEVENS, Appellant, v. OLUS MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by William H. Stevens against the Olus Manufacturing Company. A. G. Maul, for appellant. P. W. Russell, for respondent. No opinion. Judgment (72 Misc. Rep. 508, 130 N. Y. Supp. 22) affirmed, with costs, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. Order filed.

STILGER v. BRANTINGHAM. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Anthony E. Stilger against Guy S. Brantingham. W. W. Shaw, for plaintiff. A. Thain, for defendant. No opinion. Exceptions overruled, and motion for new trial denied, with costs, and judgment ordered to be entered upon the verdict, with costs. Settle order on notice.

STREITFELD v. LEVI et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Adolph Streitfeld against Charles L. Levi and others. No opinion. Motion to extend time denied, with $10 costs. Settle order on notice. See, also, 130 N. Y. Supp. 1132.

STREITFELD v. LEVI et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Adolph Streitfeld against Charles L. Levi and others.

PER CURIAM. Upon defendants paying, within five days after decision of this motion, the $10 costs awarded on the former motion to dismiss and $10 additional costs of this motion, the motion to dismiss appeal will be denied. If these costs are not paid within five days, the motion will be granted, and the appeal dismissed. Settle order on notice. See, also, 130 N. Y. Supp. 1132.

STRIANESE, Respondent, v. BARNARD REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by William Strianese against the Barnard Realty Company, impleaded with others. T. C. Ennever, for appellant. M.

M. Menken, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STROH, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by John Stroh against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SULLIVAN, Respondent, v. FRANZREB, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Elizabeth Sullivan, as administratrix, etc., against Annie E. Franzreb. No opinion. Motion granted, without costs.

In re SURPLESS' ESTATE. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) In the matter of the estate of James Surpless, deceased. In the matter of the application of Catharine L. Surpless, etc., of Eleanor L. Surpless, an infant, etc. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements. See, also, 142 App. Div. 942, 127 N. Y. Supp. 1146.

TAYLOR, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Clara E. M. Taylor against James R. Taylor, known as J. Richard Taylor. G. W. McKenzie, for appellant. L. W. Dinkelspiel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TEEFT, Respondent, v. BUFFALO DRY DOCK CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by Oliver J. Teeft against the Buffalo Dry Dock Company.
    PER CURIAM. Judgment and order affirmed with costs.
    McLENNAN, P. J., dissents upon the ground that the defendant was not shown guilty of actionable negligence and that the plaintiff assumed the risk of the employment.

TEPFER, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Benjamin Tepfer, an infant, etc., against the American Ice Company. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

TERRANOVA, Appellant, v. MUTUAL AID ASS'N OF ST. JOHN, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Michael T. Terranova against the Mutual Aid Association of St. John. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the attempted suspension of the sick benefit provision of the by-laws violated the contract between plaintiff and defendant.

TERWILLIGER, Appellant, v. BROWNING, KING & CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Frank W. Terwilliger against Browning, King & Company. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to amend, upon payment of costs in this court and at Special Term.

THAYER, Appellant, v. SCHLEY et al., Respondents. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Russell Thayer against Grant B. Schley and another. H. S. Hertwig, for appellant. J. F. Workum, for respondents. No opinion. Judgment affirmed, with costs, on opinion on former appeal. 137 App. Div. 166, 121 N. Y. Supp. 1064. Order filed.

THOMS, Appellant, v. McMULLEN, Respondent et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Andrew Thoms against Arthur McMullen, impleaded with others. C. E. Thornall, for appellant. A. T. Kiernan, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, so far as to allow plaintiff to serve amended reply. Order filed.

THORN, Appellant, v. GUSTAFSON, Respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Frank Thorn against Ella Gustafson. No opinion. Judgment of the Municipal Court affirmed, with costs.

TICHBORNE PRESS, Appellant, v. ANDREWS, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by the Tichborne Press against Champe S. Andrews. No opinion. Motion denied, with $10 costs.

TIMMERMANN v. COHN et al. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Carl Timmermann, as executor, etc., against Isidor Cohn and others. No opinion. Order (70 Misc. Rep. 327, 128 N. Y. Supp. 770) affirmed, with $10 costs and disbursements.

TONE, Appellant, v. HOGAN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by William H. Tone against Charles W. Hogan and others. J. M. Grossman, for appellant. J. V. Bouvier, Jr., for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.